MILTON L. FLEMING, Respondent, *v.* WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.

*Fleming* v. *Barrett*, 176 App. Div. 892, affirmed.

(Argued February 7, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 22, 1917, affirming a judgment in favor of plaintiff entered upon a verdict. Plaintiff, as agent for the defendant express company, issued certain money orders for himself, payable to his bank, paid for the same and placed the money in an envelope for transmission to the company. When the train was coming in plaintiff took this envelope together with other matter and stepped on to the platform to deliver the same to defendant's messenger. He was there assaulted and robbed. The bank was instructed by defendant to return the money orders to plaintiff and thereafter one of its agents took possession thereof, without plaintiff's consent, and delivered them to defendant. This action is to recover for their conversion.

*George W. Smyth* and *John J. Monahan* for appellant.

*James E. Carroll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.   Not voting: CHASE, J.